# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD D. CAMPBELL

NO. 2022 KW 1168

**OCTOBER 21, 2022**

---

In Re:     Ronald D. Campbell, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 212849.

---

**BEFORE:     McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** We find the trial court's ruling that the motion for continuance is untimely was in error. The motion was filed on October 18, 2022, and by all accounts, the actual commencement of trial is not scheduled to begin prior to October 25, 2022 with jury selection. See La. Code Crim. P. art. 761. Further, under La. Code Crim. P. art. 711, unless the motion to continue is consented to by all parties, the motion shall be tried summarily and contradictorily with the adverse party. The trial court cannot deny the motion ex parte without giving the mover an opportunity to have a hearing and present evidence that can be reviewed by this court. Accordingly, the motion is remanded to the trial court for a contradictory hearing on the merits of the motion.

PMc
GH

**McDonald, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT